MICHAEL HEBERT

*vs.*

BISHOP & BABBIN CO. ET AL, TRUSTEES.

Aroostook. Decided January 27, 1940. In assumpsit for the purchase price of a carload of potatoes; plea the general issue, defense being that the purchaser was not the agent of defendant; verdict for the plaintiff.

The case comes up on a general motion for new trial.

The jury heard the testimony. There is evidence to substantiate their finding. Motion overruled. *Arthur J. Nadeau*, for plaintiff. *Pendleton & Rogers*, for defendant.

SARAH F. USEN *vs.* CHARLES W. USEN.

York. Decided February 28, 1940. Appeal and exceptions from rulings and decree of sitting Justice in Equity. The record being insufficient to confer jurisdiction upon this Court to determine the issues raised, the mandate is Appeal sustained without prejudice. Exceptions dismissed without prejudice. Case remanded for further proceedings. *John P. Deering*, *Maurice Caro*, for plaintiff. *Jacob H. Berman*, *Edward J. Berman*, *John W. Hill*, for defendant.